UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-20280-KING

**ROGELIO CASTILLO,**
and other similarly situated employees,

      Plaintiff(s),

v.

**LARA'S TRUCKING, INC.** a Florida Profit Corporation,
And **RUBEN G. LARA,** Individually,

      Defendants.
_____/

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff, **ROGELIO CASTILLO**, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure Rule 15 and Local Rule 7.1 of the Local Rules for the Southern District of Florida, respectfully requests entry of an Order granting this Motion to Amend the Complaint. As grounds, Plaintiff states:

1. Plaintiff's claims in this matter are brought pursuant to the Fair Labor Standards Acts ("FLSA") for unpaid wages during his work with Defendants and for retaliatory discharge.

2. In review of the Answer and Affirmative Defenses in this matter, Defendants proffer three additional Defendants in this matter: Lara's Trucking & Logistics, Inc., All Logistics Group, Inc., and Victor Lara.

3. Given Defendants' explicit reference to these entities, Plaintiff seeks to amend his complaint to include unpaid wage claims against all Defendants and retaliatory discharge claims against the corporate Defendants.

4. As the Parties are still in the early stages of litigation, and as a consequence discovery has not yet commenced, Defendants will not be prejudiced by the relief sought.

5. Plaintiff has not filed this motion in bad faith or for a dilatory reason.

5. Counsel for Plaintiff e-mailed counsel for Defendants on February 3, 2016 via electronic mail regarding this Motion to Amend. Counsel for Defendants has yet to respond to provide a concrete position on opposition.

**MEMORANDUM OF LAW**

Rule 15 of the Federal Rules of Civil Procedure provides that leave to amend pleadings "shall be freely given when justice so requires."

> [T]his mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, etc. -- the leave sought should, as the rules require, be freely given.

*Foman v. Davis*, 371 U.S. 178, 182 (1962) (citation omitted). It is within the discretion of the court to determine whether to allow an amended complaint. *Id.; see also Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321, 330 (1971). "Although the decision

whether to grant leave is within the discretion of the district court, the rule contemplates that leave shall be granted unless there is a substantial reason to deny it." *Halliburton & Assocs., Inc. v. Henderson, Few & Co.*, 774 F.2d 441, 443 (11th Cir. 1985) (*citing Espey v. Wainwright*, 734 F.2d 748, 750 (11th Cir. 1984) (the policy of Rule 15(a) in liberally permitting amendments to facilitate determination of claims on the merits circumscribes the trial court's discretion)). Finally, the deadline to amend the complaint has not yet passed.

Pursuant to Local Rule 7.1A(3), counsel for Plaintiff conferred with Defendant's counsel prior to filing this motion and Defendants have yet to submit a position on this Motion.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court grant this Motion to Amend the Complaint and permit Plaintiff to file the attached amended complaint.

Dated: February 8, 2016

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
*Attorneys for Plaintiff*
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305)416-5000
Facsimile: (305)416-5005

By: **s/ Brody Shulman**_____
    Jason S. Remer, Esq.
    Fla. Bar No.: 0165580
    Brody M. Shulman, Esq.
    Fla. Bar No.: 092044

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: **s/ Brody Shulman**
      Jason S. Remer, Esq
      Brody M. Shulman, Esq

**SERVICE LIST:**

Edilberto O. Marban, Esq.
1600 Ponce De Leon Boulevard
Suite 902
Coral Gables, FL 33134
305-448-9292
Fax: 305-448-9477
Email: marbanlaw@gmail.com