# LARAS
## TRUCKING & LOGISTICS

15608 SW 10th Street • Miami, FL 33194
Phone: 305.220.2580 • Fax: 305.220.7577
www.LarasTrucking.com

**DELIVERY TICKET**
Nº 336289

Consignee: Cristal Valley

For Account of: Cristal Valley

Delivered to: Cristal Valley

Pick Up at: Atlas-Bolin

A.W.B. No: 369-4098-8102

FSR No: _____

Date: 06/27/13

| Quantity | Description | Qty. Pallets | Temperature |
|---|---|---|---|
| 700 | 700 Boxes of Green Fresh Asparagus Fumigation | 5 | 55-57 |

Refrigerated Trailer Rental No. 1436

Received By: Cristhel Poveda  Date: 06/27/13  Time: _____

Pick Up By: Cristhel Poveda  Date: 06/27/13  WHSE Time Arrival: _____

Same Day / Next Day



DEFENDANT 0121

# LARAS TRUCKING & LOGISTICS

15608 SW 10th Street • Miami, FL 33194
Phone: 305.220.2580 • Fax: 305.220.7577
www.LarasTrucking.com

**DELIVERY TICKET**
Nº 336290

Consignee: Cristhel Valley
For Account of: Cristhel Valley
Delivered to: Cristhel Valley
Fumigated

Pick Up at: Atlas Air
A.W.B. No.: 364-4438124
FSR No.: 
Date: 06/27/13

| Quantity | Description | Qty. Pallets | Temperature |
|---|---|---|---|
| 700 | 700 Boxes Fresh Green Asparagus 16 LBS | 55 kilos | 59.60° |

Refrigerated Trailer Rental No.: 1436
Same Day / Next Day

Pick Up By: Castulo Dopelin
Received By: Luis
Date: 06/27/13
Time:
WHSE Time Arrival:



DEFENDANT 0123

# LARAS
## TRUCKING & LOGISTICS

15608 SW 10th Street • Miami, FL 33194
Phone: 305.220.2580 • Fax: 305.220.7577
www.LarasTrucking.com

**DELIVERY TICKET**
№ 336291

Consignee: Cristina Valley
For Account of: Cristina Valley
Delivered to: Cristina Valley
FUMIGATION

Pick Up at: Alvas Air
A.W.B. No: 369-40187811
FSR No: 
Date: 06/27/13

| Quantity | Description | Qty. Pallets | Temperature |
|---|---|---|---|
| 840 Box | 840 Boxes of Fresh Breads Asparagus 11 lbs | 65 kids | 58°-60° |

Refrigerated Trailer Rental No. 1436 | Same Day | Next Day

Pick Up By: _____ Date: _____ Time: _____
Received By: J. Vlas Date: _____ Time: _____
Pick Up By: Castilla Pope(?) Date: 06/27/13 WHSE Time Arrival: _____



DEFENDANT 0125

# LARAS
## TRUCKING & LOGISTICS

15608 SW 10th Street • Miami, FL 33194
Phone: 305.220.2580 • Fax: 305.220.7577
www.LarasTrucking.com

**DELIVERY TICKET**
Nº 336292

Consignee: Cristm Valley
Pick Up at: Atlas Cargo Hy
Date: 06/21/13

Delivered to: Cristm Valley
A.W.B. No: 369-4098 7783

For Account of: Cristm Valley
FSR No: 788

Fumicated

| Quantity | Description | Qty. Pallets | Temperature |
|---|---|---|---|
| 1337 Box | 1337 Boxes of fresh Green Asparagus 11 Lbs | 95 Lbs | 52.85° |

Refrigerated Trailer Rental No. L1436

Received By:  Date: 06/21/13 Time: — Same Day / Next Day

Pick Up By: Castillo Lorenzo Date: 06/21/13 WHSE Time Arrival:

DEFENDANT 0127