**ALL Logistics Group, Inc. d/b/a**
**LARA'S TRUCKING & LOGISTICS**

1470 NW 107 AVE STE C
MIAMI, FL 33172

PH: 305.436.1700   FX: 305.436.1710

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2014 | 17148 |

PAID 05/15/2014

**Bill To:**
MARINE HARVEST USA
8550 N.W. 17th STREET STE# 105
DORAL, FL 33126

**Ship To:**

| P.O. # | Terms | Rep | Ship | Via | F.O.B. | Reference # |
|---|---|---|---|---|---|---|
|  | NET 21 Days |  | 4/30/2014 | Truck |  |  |

| Qty | Item | U/M | Del # | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 4,151.53 | FRESH FISH |  | 360639 | 110 BXS AWB# 045-8694-3964 | 0.01 | 41.52 |
| 4,601.41 | FRESH FISH |  | 360636 | 118 BXS AWB# 045-8688-3324 | 0.01 | 46.01 |
| 7,584.41 | FRESH FISH |  | 359623 | 200 BXS AWB# 001-8146-2695 | 0.01 | 75.84 |
| 8,050.31 | FRESH FISH |  | 360638 | 212 BXS AWB# 045-8694-0582 | 0.01 | 80.50 |
| 8,596.75 | FRESH FISH |  | 360634 | 224 BXS AWB# 045-8688-3383 | 0.01 | 85.97 |
| 10,181.92 | FRESH FISH |  | 360637 | 163 BXS AWB# 045-8694-4023 | 0.01 | 101.82 |
| 16,095.05 | FRESH FISH |  | 360638 | 424 BXS AWB# 045-8686-3394 | 0.01 | 160.95 |

Make checks payable to: Lara's Trucking & Logistics

**TOTAL:** $592.61

MARINE HARVEST 00084

# ALL Logistics Group, Inc. d/b/a
# LARA'S TRUCKING & LOGISTICS

1470 NW 107 AVE STE C
MIAMI, FL 33172

PH: 305.436.1700    FX: 305.436.1710

# Invoice

| Date | Invoice # |
|---|---|
| 6/23/2014 | 18029 |

PAID 07/10/2014

**Bill To:**
MARINE HARVEST USA
8550 N.W. 17th STREET STE# 105
DORAL, FL 33126

**Ship To:**

| P.O. # | Terms | Rep | Ship | Via | F.O.B. | Reference # |
|---|---|---|---|---|---|---|
|  | NET 21 Days |  | 6/14/2014 | Truck |  |  |

| Qty | Item | U/M | Bol # | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 8,305.46 | FRESH FISH |  | 363880 | 216 BXS AWB# 045-8726-0235 | 0.01 | 83.05 |
| 9,332.77 | FRESH FISH |  | 363737 | 247 BXS AWB# 045-8226-2394 | 0.01 | 93.33 |
| 11,801.22 | FRESH FISH |  | 363738 | 312 BXS AWB# 045-8726-0191 | 0.01 | 118.01 |
| 17,359.85 | FRESH FISH |  | 363736 | 432 BXS AWB# 045-8726-0224 | 0.01 | 173.60 |
| 20,661.89 | FRESH FISH |  | 361939 | 566 BXS AWB# 045-8727-2566 | 0.01 | 206.62 |
| 22,654.81 | FRESH FISH |  | 363735 | 571 BXS AWB# 001-8181-1494 | 0.01 | 226.55 |

Make checks payable to: Lara's Trucking & Logistics

**TOTAL:** $901.16

MARINE HARVEST 00079

# ALL Logistics Group, Inc. d/b/a
# LARA'S TRUCKING & LOGISTICS

1470 NW 107 AVE STE C
MIAMI, FL 33172

PH: 305.436.1700   FX: 305.436.1710

**Invoice**

| Date | Invoice # |
|---|---|
| 1/27/2014 | 15355 |

PAID 02/13/2014

**Bill To:**
MARINE HARVEST USA
8550 N.W. 17th STREET STE# 105
DORAL, FL 33126

**Ship To:**

| P.O. # | Terms | Rep | Ship | Via | F.O.B. | Reference # |
|---|---|---|---|---|---|---|
|  | NET 21 Days |  | 1/16/2014 | Truck |  |  |

| Qty | Item | U/M | Date | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 1,410.01 | FRESH FISH |  | 355640 | 141 BXS AWB# 729-1442-9074 | 0.01 | 14.10 |
| 2,929.51 | FRESH FISH |  | 355731 | 279 BXS AWB# 369-5242-0771 | 0.01 | 29.30 |
| 4,707.64 | FRESH FISH |  | 355729 | 118 BXS AWB# 369-5240-3503 | 0.01 | 47.08 |
| 6,063.04 | FRESH FISH |  | 355224 | 152 BXS AWB# 045-8619-0160 | 0.01 | 60.63 |
| 6,096.39 | FRESH FISH |  | 355728 | 153 BXS AWB# 369-5240-3514 | 0.01 | 60.96 |
| 6,495.91 | FRESH FISH |  | 349457 | 165 BXS AWB# 045-8672-3685 | 0.01 | 64.96 |
| 8,085.92 | FRESH FISH |  | 355223 | 130 BXS AWB# 045-8676-7424 | 0.01 | 80.86 |
| 9,032.08 | FRESH FISH |  | 355730 | 230 BXS AWB# 369-5242-0782 | 0.01 | 90.32 |

Make checks payable to: Lara's Trucking & Logistics

**TOTAL:** $448.21

MARINE HARVEST 00074



**ALL Logistics Group, Inc. d/b/a**
**LARA'S TRUCKING & LOGISTICS**
1470 NW 107 AVE STE C
MIAMI, FL 33172
PH: 305.436.1700   FX: 305.436.1710

# INVOICE

| Date | Invoice # |
|---|---|
| 8/16/2016 | 42841 |

| Bill To: | Ship To: |
|---|---|
| MARINE HARVEST USA<br>8550 N.W. 17th STREET STE# 105<br>DORAL, FL 33126 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Reference # |
|---|---|---|---|---|---|---|
| | NET 21 Days | | 8/11/2016 | Truck | | |

| Date | Qty | Item | Del # | Reference # | Description | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | 1,100.01 | FRESH FISH | 433702 | 006-3811-2535 | 110 BXS | 0.01 | 11.00 |
| | 1,729.72 | FRESH FISH.FLL | 433704 | 328-1392-0756 | 41 BXS TO FLL | 0.07227 | 125.00 |
| | 6,020.01 | FRESH FISH | 432825 | 045-8896-8596 | 170 BXS | 0.01 | 60.20 |
| | 9,813.58 | FRESH FISH | 431899 | 045-8369-3315 | 239 BXS | 0.01 | 98.14 |
| | 10,271.55 | FRESH FISH | 432824 | 045-8369-3260 | 250 BXS | 0.01 | 102.72 |

Make checks payable to: ALL Logistics Group, Inc.

**TOTAL:** $397.06

MARINE HARVEST 00037



# INVOICE

ALL Logistics Group, Inc. d/b/a
**LARA'S TRUCKING & LOGISTICS**
1470 NW 107 AVE STE C
MIAMI, FL 33172
PH: 305.436.1700   FX: 305.436.1710

| Date | Invoice # |
|---|---|
| 6/9/2016 | 41195 |

**Bill To:**
MARINE HARVEST USA
8550 N.W. 17th STREET STE# 105
DORAL, FL 33126

**Ship To:**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Reference # |
|---|---|---|---|---|---|---|
|  | NET 21 Days |  | 6/3/2016 | Truck |  |  |

| Date | Qty | Item | Del # | Reference # | Description | Rate | Amount |
|---|---|---|---|---|---|---|---|
|  | 8,622.63 | FRESH FISH | 427788 | 001-8093-6542 | 211 BXS | 0.01 | 86.23 |
|  | 20,823.95 | FRESH FISH | 427441 | 001-8098-7616 | 526 BXS | 0.01 | 208.24 |
|  | 25,053.51 | FRESH FISH | 425247 | 369-6780-4004 | 614 BXS | 0.01 | 250.54 |
|  | 32,708.62 | FRESH FISH | 427445 | 001-8098-7631 | 800 BXS | 0.01 | 327.09 |

Make checks payable to: ALL Logistics Group, Inc.

**TOTAL:** $872.10

MARINE HARVEST 00063